**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| KEITH DUNKLEY, : <br> : <br> Plaintiff, : <br> : Civil Action No. 06-3501 (JAG) <br> v. : <br> : **ORDER** <br> MELLON INVESTOR SERVICES/ : **CLOSED** <br> VOLT MANAGEMENT, : <br> : <br> Defendants. : | |

**GREENAWAY, JR., U.S.D.J.**

    This matter comes before this Court on Defendant Volt Management Corp. dba Volt Services Group's ("Volt") motion to stay this litigation and compel arbitration, pursuant to the arbitration agreement in its employment contract with Plaintiff Keith Dunkley (Docket Entry 10); on Defendant Mellon Investor Services, LLC's ("Mellon") motion to dismiss the complaint as to Mellon (Docket Entry 11); on Defendant Volt's motion to join Defendant Mellon's motion to dismiss the complaint (Docket Entry 15); and it appearing that this Court reviewed the parties' submissions; and for the reasons set forth in the accompanying Opinion, and good cause appearing,

    IT IS on this 28th day of September, 2007,

    ORDERED that Volt's motion to compel arbitration is GRANTED; and it is further

    ORDERED that Plaintiff arbitrate his claims against both Volt and Mellon, the latter

1

being an intended third party beneficiary of the agreement between Plaintiff and Volt; and it is further

ORDERED that this action is administratively stayed as to all parties pending arbitration in New Jersey between Volt, Mellon and Plaintiff; and it is further

ORDERED that Mellon's motion to dismiss is DENIED as moot; and it is further

ORDERED that Volt's motion to join Mellon's motion to dismiss is DENIED as moot; and it is further

ORDERED that a copy of this Order be served on the parties within seven (7) days of the entry of this Order.

⎯⎯⎯⎯⎯⎯⎯⎯

S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.